**FILED**

**JANUARY 10, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

DEBORAH DAVIS,                                  )
                                                )
                      Plaintiff,                )
                                                )       **08 C 50009**
       vs.                                      )
                                                )
FIRST NATIONAL COLLECTION                       )
BUREAU, INC., and                               )       **JUDGE KAPALA**
MIDLAND CREDIT MANAGEMENT, INC.,                )       **MAGISTRATE JUDGE MAHONEY**
                                                )
                      Defendants.               )

## COMPLAINT

### INTRODUCTION

1.     Plaintiff Deborah Davis brings this action to secure redress from unlawful credit and collection practices engaged in by defendants First National Collection Bureau, Inc. and Midland Credit Management, Inc..  Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 et seq. ("FDCPA"), and state law.

### VENUE AND JURISDICTION

2.     This Court has jurisdiction under 15 U.S.C. §1692k (FDCPA), 28 U.S.C. §1331, 28 U.S.C. §1337 and 28 U.S.C. §1367.

3.     Venue and personal jurisdiction in this District are proper because:

       a.     Defendants' collection communications were received by plaintiff within this District;

       b.     Defendants do business within this District.

### PARTIES

4.     Plaintiff Deborah Davis is an individual who resides in the Northern District of Illinois.

5.     Defendant First National Collection Bureau, Inc. is a corporation with offices at 610 Waltham Way, Sparks, NV 89434.

6.    Defendant First National Collection Bureau, Inc. operates a collection agency and uses the mails and telephone to collect consumer debts originally owed to others.

7.    Defendant First National Collection Bureau, Inc. is a debt collector as defined in the FDCPA.

8.    Defendant First National Collection Bureau, Inc. is a licensee under the Illinois Collection Agency Act.

9.    Defendant Midland Credit Management, Inc. is a corporation with offices at 8875 Aero Drive, San Diego, CA 92123.

10.    Defendant Midland Credit Management, Inc., has filed more than 500 lawsuits seeking to collect nonbusiness debts against Illinois residents during 2007.

11.    Defendant Midland Credit Management, Inc. uses the mails and telephone to collect consumer debts originally owed to others.

12.    Defendant Midland Credit Management, Inc. is a debt collector as defined in the FDCPA.

13.    Defendant Midland Credit Management, Inc. is a licensee under the Illinois Collection Agency Act.

## FACTS

14.    On or about November 6, 2007,  First National Collection Bureau, Inc. sent plaintiff Deborah Davis the collection letter attached as Exhibit A on behalf of Midland Credit Management, Inc.

15.    The letter sought to collect an alleged defaulted debt incurred for personal, family or household purposes.

16.    Exhibit A represents that a judgment has been entered by Midland Credit Management, Inc. against plaintiff and that there was a lien in existence as a result, and offers a "settlement" of the purported judgment.

17.    No such judgment or lien existed.

18.     Plaintiff was extremely upset upon receiving <u>Exhibit A</u> and sought to locate the purported judgment.

## COUNT I – FDPCA

19.     Plaintiff incorporates paragraphs 1-18.

20.     Defendants violated 15 U.S.C. §§1692e, 1692e(2), and 1692e(10) by sending plaintiff <u>Exhibit A</u> when no judgment existed.

WHEREFORE, the Court should enter judgment in favor of plaintiff and against defendants for:

(1)     Statutory damages;

(2)     Actual damages;

(3)     Attorney's fees, litigation expenses and costs of suit;

(4)     Such other and further relief as the Court deems proper.

## COUNT II – ILLINOIS COLLECTION AGENCY ACT

21.     Plaintiff incorporates paragraphs 1-18.

22.     Defendants violated the following provisions of 225 ILCS 425/9:

**. . . (12) Threatening the seizure, attachment or sale of a debtor's property where such action can only be taken pursuant to court order without disclosing that prior court proceedings are required. . . .**

**(20) Attempting or threatening to enforce a right or remedy with knowledge or reason to know that the right or remedy does not exist.**

23.     Plaintiff was damaged as a result.

WHEREFORE, plaintiff requests that the Court grant the following relief in favor of plaintiff and against defendant:

a.     Compensatory and punitive damages;

b.     Costs.

c.     Such other and further relief as is appropriate.

_____
Daniel A. Edelman

3

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
EDELMAN, COMBS, LATTURNER
    & GOODWIN, L.L.C.
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## **JURY DEMAND**

    Plaintiff demands trial by jury.

_____
Daniel A. Edelman

### NOTICE OF LIEN

Please be advised that we claim a lien upon any recovery herein for 1/3 or such amount as a court awards.

_____
Daniel A. Edelman

Daniel A. Edelman
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

T:\20686\Pleading\Complaint_Pleading.wpd

<u>EXHIBIT A</u>

DEPT 948
PO BOX 4115
CONCORD CA  94524

**First National Collection Bureau, Inc.**

610 Waltham Way ✦ Sparks, NV 89434
(800) 824-6191

November 6, 2007

ADDRESS SERVICE REQUESTED

#BWNFTZF #FNC9466636207110#

PERSONAL & CONFIDENTIAL
DEBORAH DAVIS

Redacted

Office Hours:  Mon. 7 a.m. - 5 p.m.,
Tues. - Fri. 7 a.m. - 7 p.m., Sat. 8 a.m. - 12 noon
Pacific Standard Time

**Please remit all correspondence
to the above address**

Creditor:  MIDLAND CREDIT MANAGEMENT, INC
Original Creditor: HOUSEHOLD BANK
Account #:
Total Due:    $1879.31

## SETTLEMENT OFFER 60% IN 2 PAYMENTS
### THE COURT AWARDED JUDGEMENT PLUS INTEREST CAN BE
### SETTLED FOR 60% OF THE BALANCE DUE IN TWO PAYMENTS

Despite the fact that the court has found you liable for the above balance, our client is willing to extend to you a settlement offer to allo
you to rid yourself of this legally recorded judgement.

Our client MIDLAND CREDIT MANAGEMENT, INC. is offering you a settlement of $1127.59 in 2 payments over 2 months starting o
11/27/2007.  (21 days)

Once all two (2) payments of $563.79 have been paid to our office on time, we will consider this account settled in full.

Payments may not be more than 30 days apart or this settlement may be cancelled.  Please send in the payments along with the payme
stub to the address listed on coupon.

This settlement offer is only guaranteed if we receive your payments in our office on or before the dates set forth in this letter.  If we do n
receive payment in these amounts by these dates, we reserve the right to modify the settlement offer, or revoke it in its entire
Upon payment of the settlement our client's attorney will file a satisfaction of judgement as well as a release of lien.

If you wish to speak with a representative please call 1-800-824-6191.

Sincerely,

First National Collection Bureau, Inc.

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This is a communication from a debt collecto

---

| IF PAYING BY VISA, MASTERCARD, DISCOVER OR AMERICAN EXPRESS, FILL OUT BELOW |
|---|
| ☐ VISA  ☐ MASTERCARD  ☐ DISCOVER  ☐ AMERICAN EXPRESS |
| CARD NUMBER        EXP DATE      AMOUNT |
| Print name as it appears on card |
| SIGNATURE      MUST INCLUDE ZIP CODE FROM STATEMENT |
| $50 minimum is required for credit card payments. |

Payment by Credit Cards - Transaction Fees
MasterCard, Visa and Discover: $5.00 per $150.00
American Express: $7.00 per $150.00

............................................................
**Detach Coupons And Mail Payment**

**1 OF 2**

**ACC#**
MAIL PAYMENT TO:
FNCB INC.
PO BOX 51660
SPARKS, NV  89435

PAYMENT AMT - $563.79
DUE DATE - 11/22/07
DETACH COUPONS AND
MAIL PAYMENT

**2 OF 2**

**ACC#**
MAIL PAYMENT TO:
FNCB INC.
PO BOX 51660
SPARKS, NV  89435

PAYMENT AMT - $563.79
DUE DATE - 12/22/07
DETACH COUPONS AND
MAIL PAYMENT

FNC28PJ5-1102A204221-ZFS9-8 42