# United States District Court for the Northern District of Illinois

Case Number: **08 C 50009**     Assigned/Issued By: _[signature]_

## FEE INFORMATION

**Amount Due:**   ☒ $350.00   ☐ $39.00   ☐ $5.00
              ☐ IFP        ☐ No Fee   ☐ Other _____

*(For use by Fiscal Department Only)*

Amount Paid: **350 —**              Receipt #: **2454096**

Date Paid: **1-10-08**              Fiscal Clerk: _[signature]_

## ISSUANCES

**Type Of Issuance:**
- ☒ Summons
- ☐ Alias Summons
- ☐ Third Party Summons
- ☐ Lis Pendens
- ☐ Non Wage Garnishment Summons
- ☐ Wage-Deduction Garnishment Summons
- ☐ Citation to Discover Assets
- ☐ Writ _____ (Type of Writ)

**FILED**
JAN 10 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

2 Original and 0 copies on **1-10-08** (Date) as to **defts**

C:\wpwin80\docket\feeinfo.frm   01/01

copy to Judge