AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

DEBORAH DAVIS,
    Plaintiff,

V.

FIRST NATIONAL COLLECTION BUREAU, INC.,
and MIDLAND CREDIT MANAGEMENT, INC.,
    Defendants.

CASE NUMBER: **08 C 50009**

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

**JUDGE KAPALA**
**MAGISTRATE JUDGE MAHONEY**

TO: (Name and address of Defendant)

First National Collection Bureau, Inc.
c/o Lexis Document Services, Inc.
801 Adlai Stevenson Drive
Springfield, IL 62703

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within   **20**   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*[signature]*

**(By) DEPUTY CLERK**

**January 10, 2008**

**Date**

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                                  Signature of Server

              _____
              Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT - NORTHERN DISTRICT OF IL

DEBORAH DAVIS
　Plaintiff,
v.

Case Number: 08 C 50009

FIRST NATIONAL COLLECTION BUREAU, INC
　Defendant,

For:
Edelman Combs Latturner & Goodwin LLC +

## AFFIDAVIT OF SERVICE

Received by Meador Investigations, to be served on:

First National Collection Bureau, Inc, c/o Lexix Document Service, Inc 801 Adlai Stevenson Dr, Springfield, IL 62703.

I, Greg Willing who, being duly sworn, deposes and say that on

Tuesday, January 22, 2008 at 2:45 PM executed service by delivering a true copy of the

SUMMONS AND COMPLAINT, in accordance with state statutes in the manner marked below:

_ INDIVIDUAL SERVICE: Served the within-named person.

_ SUBSTITUTE SERVICE: Left a copy of the document(s) with some person of the age of 13 years upwards and informed that person of the contents thereof.
　Name: _____ Relation: _____
　Date copy mailed: _____

X SERVICE ON A BUSINESS:
　Name: Holly Blankenship Title: Operator

_ NON-SERVICE: For the reason detail in the notes below:
NOTES: _

Description of person accepting service:

| DOB: | Sex: | Race: | Height: | Weight: | Hair: | Glasses: |
|---|---|---|---|---|---|---|
| 6/1/80 | Female | Caucasian | 5' 5" | 150-160 lbs | Brown | N |

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Service Fee:

Subscribed and sworn to before me on

January 23, 2008

by the affiant who is personally known to me.

_signature_
Notary Public

SERVED BY: _signature_
Process Server Number: 129-261847
Appointed in accordance with Illinois State Statutes.
Meador Investigations
2201 Woodlawn Drive, Suite 560
P O Box 157
(217) 732-1585
IL Lic# 117-001077

OFFICIAL SEAL
RUTH ANN KAESEBIER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:12/17/09

64051