UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Western Division

Deborah Davis

                              Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　Case No.: 3:08−cv−50009
　　　　　　　　　　　　　　　　　　　　　　Honorable Frederick J. Kapala

First National Collection Bureau, Inc., et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, February 29, 2008:

      MINUTE entry before Judge P. Michael Mahoney :Status hearing held on 2/29/2008. Parties report cause settled. Parties given to 3/31/08 to file stipulation to dismiss. Mailed notice(glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.