IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| DEBORAH DAVIS, ) | |
| ) | 08-c-50009 |
| Plaintiff, ) | |
| ) | Judge Kapala |
| vs. ) | Magistrate Judge Mahoney |
| ) | |
| FIRST NATIONAL COLLECTION ) | |
| BUREAU, INC., and ) | |
| MIDLAND CREDIT MANAGEMENT, INC., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), plaintiff Deborah Davis hereby dismisses this action with prejudice and without costs.

Respectfully submitted,

**DEBORAH DAVIS**


By: s/ Tiffany N. Hardy
     Tiffany N. Hardy
        One of Her Attorneys

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Tiffany N. Hardy
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle St.-18th Floor
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

1

## CERTIFICATE OF SERVICE

      I, Tiffany N. Hardy, hereby certify that on March 20, 2008 , a true and accurate copy of the foregoing document was filed via the Court's CM/ECF system and notification of such filing was sent via U.S. Mail to the following parties:

**First National Collection Bureau, Inc.**
c/o Lexis Document Services, Inc.
801 Adlai Stevenson Drive
Springfield, IL 62703

**Midland Credit Management, Inc.**
c/o CT Corporation System
208 S. LaSalle St., Suite 814
Chicago, IL 60604

                                        s/ Tiffany N. Hardy
                                        Tiffany N. Hardy