# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50009 | **DATE** | 3/31/2008 |
| **CASE TITLE** | Davis vs. First National Collection | | |

**DOCKET ENTRY TEXT:**

Pursuant to plaintiff's notice of dismissal, this case is dismissed with prejudice.

*[signature: Frederick J. Kapala]*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | sw |
|---|---|---|